# Exhibit 2



