**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HWANG, *et al.*,**<br>*Plaintiffs*,<br><br>**v.**<br><br>**LA COLOMBE TORREFACTION, INC. *et al.*,**<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO. 25-5351** |

# ORDER

**AND NOW,** this 3rd day of September 2026, upon consideration of the *motion to dismiss*, (ECF 11), filed by Defendants La Colombe Torrefaction, Inc. and LCT OpCo LLC d/b/a "La Colombe", Plaintiffs' response in opposition, (ECF 20), and Defendants' reply, (ECF 21), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **DENIED**. Accordingly, Defendants shall file an answer to the Plaintiffs' complaint within fourteen (14) days of the date of this Order.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*